JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| *In re: Kia Engine Litigation*, | CASE NO. 8:17-cv-00838-JLS-JDE |
| | **ORDER GRANTING JOINT STIPULATION TO CONSOLIDATE CASES** |
| | The Hon. Josephine L. Staton |
| | Trial Date:      None Set |
| JAMES KINNICK, and WALLACE COATS, on behalf of themselves and all others similarly situated, | CASE NO. 8:17-cv-02208-JLS-JDE |
| Plaintiffs, | |
| vs. | |
| HYUNDAI MOTOR COMPANY, LTD; HYUNDAI MOTOR AMERICA, INC.; and Does 1 through 10, inclusive, | |
| Defendants. | |
| MARYANNE BROGAN, on behalf of herself and all others similarly situated, | CASE NO. 8:18-cv-00622-JLS-JDE |
| Plaintiff, | |
| vs. | |

|   |   |
|---|---|
| HYUNDAI MOTOR AMERICA; KIA MOTORS AMERICA, INC.; HYUNDAI MOTOR COMPANY; KIA MOTORS CORPORATION,<br><br>                    Defendants.<br><br>ANDREA SMOLEK, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>          vs.<br><br>HYUNDAI MOTOR AMERICA and KIA MOTORS AMERICA, INC.,<br><br>                    Defendants. | CASE NO. 2:18-CV-05255-JLS-JDE |

Having read and considered the joint stipulation of the parties requesting consolidation of the above captioned proceedings for all purposes and for good cause appearing, IT IS HEREBY ORDERED:

1. Pursuant to Federal Rules of Civil Procedure, Rule 42(a), the above captioned actions are hereby consolidated for all purposes.

2. The master docket and master file for the consolidated actions shall be Case No. 8:17-cv-00838 and the consolidated action shall bear the caption *In re: Hyundai and Kia Engine Litigation*.  Case Nos. 8:18-cv-00622, 8:17-v-02208, and 2:18-cv-05255 are ordered ADMINISTRATIVELY CLOSED.

IT IS SO ORDERED.

Dated:  August 07, 2018

_____
Hon. Josephine L. Staton
UNITED STATES DISTRICT JUDGE